# NO. 12-23-00218-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MILISA FOSTER GALYEON, IN AND FOR MINOR CHILD, I.J.G., APPELLANT* | § | *APPEAL FROM THE 369TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *JASON R. MOORE AND CYLISA N. MOORE, APPELLEES* | § | *CHEROKEE COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Milisa Foster Galyeon, in and for minor child, I.J.G., filed a pro se notice of appeal from the denial of her motion to obtain discovery/production. On August 23, 2023, this Court notified Galyeon that the notice of appeal failed to show the jurisdiction of the Court, namely, there is no final judgment or appealable order contained therewith. *See* TEX. R. APP. P. 37.2. We further notified Galyeon that the appeal would be dismissed unless the information was amended on or before September 5 to show the jurisdiction of the Court. *See* TEX. R. APP. P. 42.3. Galyeon filed an amended notice of appeal, which still fails to demonstrate this Court's jurisdiction.

Unless specifically authorized by statute, Texas appellate courts have jurisdiction only to review final judgments. *McFadin v. Broadway Coffeehouse, LLC*, 539 S.W.3d 278, 283 (Tex. 2018). Discovery orders are interlocutory and generally not appealable until after final judgment. *Nelson v. Brenda J. Williams & Assoc.*, No. 05-23-00412-CV, 2023 WL 3814050, at *1 (Tex. App.—Dallas June 5, 2023, no pet.) (mem. op.) (dismissing for want of jurisdiction appeal from protective order and order sustaining objections to subpoenas); *see Shanks v. Wair*, No. 02-20-00138-CV, 2020 WL 5415225, at *1 (Tex. App.—Fort Worth Sept. 10, 2020, no pet.). (mem. op.) (per curiam) (dismissing for want of jurisdiction appeal from protective order

and order quashing depositions).  Because the order of which Galyeon complains is not a final judgment  or appealable interlocutory  order,  we ***dismiss*** this  appeal  for ***want of jurisdiction***.[1] *See* TEX. R. APP. P. 42.3(a).

Opinion delivered September 20, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Galyeon's notice of appeal also fails to comply with Section 51.017(a) of the Texas Civil Practice and Remedies Code.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 20, 2023**

**NO. 12-23-00218-CV**

**MILISA FOSTER GALYEON, IN AND FOR MINOR CHILD, I.J.G.,**
Appellant
V.
**JASON R. MOORE AND CYLISA N. MOORE,**
Appellees

Appeal from the 369th District Court
of Cherokee County, Texas (Tr.Ct.No. 2021-10-0283)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that it is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*